UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT

7.28.2021

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 3:21-cr-73-MMH-JBT
     Ct. 1: 21 U.S.C. § 846

JEFFREY RIVERA GOMEZ
EDGAR YANDELL ORTIZ LOPEZ
YADDIEL JESUS ORTIZ LOPEZ
CASSIDY E. MARTINEZ-IGLESIAS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about January 2020, through in or about February 2021, in the Middle District of Florida, and elsewhere, the defendants,

JEFFREY RIVERA GOMEZ
EDGAR YANDELL ORTIZ LOPEZ
YADDIEL JESUS ORTIZ LOPEZ
CASSIDY E. MARTINEZ-IGLESIAS,

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute a controlled substance.

With respect to JEFFREY RIVERA GOMEZ, EDGAR YANDELL ORTIZ LOPEZ, YADDIEL JESUS ORTIZ LOPEZ, and CASSIDY E. MARTINEZ-IGLESIAS, the violation involved 5 kilograms or more of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 846.

## FORFEITURE

1. The allegation contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes but is not limited to the following:

   a. $88,990.00 in United States currency; and

   b. $48,843.00 in United States currency.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

*[signature]*
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
Julie Hackenberry
Assistant United States Attorney

By: *[signature]*
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
7/23/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JEFFREY RIVERA GOMEZ
EDGAR YANDELL ORTIZ LOPEZ
YADDIEL JESUS ORTIZ LOPEZ
CASSIDY E. MARTINEZ-IGLESIAS

## INDICTMENT

Violations: 21 U.S.C. § 846

A true bill,

_____
Foreperson

Filed in open court this 28th day
of July, 2021.

_____
Clerk

Bail   $_____

GPO 863 525